ORIGINAL

**FILED**

MAY − 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| LE DAC NGUYEN | ) Case No. 08-53781 ASW |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467849 for an unclaimed dividend in the amount of $5.26. The name and address of the claimant entitled to the unclaimed dividend is as follows;

LE DAC NGUYEN
2597 SENTER RD
SAN JOSE, CA 95111

Dated: May 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE